# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: The Dramatic Publishing Company v. Est. of Nelle Harper Lee, by and through its Personal Rep. Tonja Carter & Harper Lee

Case Number: 21-cv-05541

An appearance is hereby filed by the undersigned as attorney for:

Est. of Nelle Harper Lee, by and through its Personal Rep. Tonja Carter & Harper Lee

Attorney name (type or print): Andrew S. Murphy

Firm: Taft Stettinius & Hollister LLP

Street address: 111 E. Wacker Drive, Suite 2800

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6328808
(See item 3 in instructions)

Telephone Number: 312-527-4000

Email Address: AMurphy@taftlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 18, 2021

Attorney signature: S/ Andrew S. Murphy
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015