IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE DRAMATIC PUBLISHING COMPANY, | ) ) ) | |
| Petitioner, | ) ) | Case No.  21-cv-05541 |
| v. | ) ) ) | Honorable Matthew F. Kennelly |
| THE ESTATE OF NELLE HARPER LEE, BY AND THROUGH ITS PERSONAL REPRESENTATIVE TONJA CARTER & HARPER LEE, LLC, | ) ) ) ) ) ) | |
| Respondents. | ) | |

## AGREED MOTION FOR A BRIEFING SCHEDULE

Petitioner, The Dramatic Publishing Company ("Dramatic"), with the agreement of the Estate of Nelle Harper Lee and Harper Lee LLC (collectively, "the Estate"), respectfully requests that the Court enter a scheduling order for briefing on Dramatic's Motion for Rule to Show Cause, filed on May 29, 2024 (ECF No. 87).  Dramatic and the Estate propose that the Estate file its response to the motion by July 3, 2024 and Dramatic file a reply by July 22, 2024.

Dated**:**  June 3, 2024

Respectfully submitted,

Dramatic Publishing Company

By: /s/ *Kevin Tottis*
    One of its Attorneys

Kevin Tottis (ARDC No. 6193853)
ktottis@tottislaw.com
Keith Stolte (ARDC No. 6244848)
kstolte@tottislaw.com
Monica L. Thompson (ARDC No. 6181455)
mthompson@tottislaw.com
401 N. Michigan Avenue

Suite 530
Chicago, IL 60611
Tel: (312) 527-1400
Fax: (312) 589-7192

1