IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE DRAMATIC PUBLISHING COMPANY, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TONJA CARTER, et al., )<br>)<br>Respondents. ) | Case No.: 1:21-cv-5541<br><br>District Judge Matthew Kennelly |

## UNOPPOSED MOTION TO EXTEND DEADLINES

Respondents The Estate of Nelle Harper Lee, by and through its personal representative Tonja Carter, and Harper Lee, LLC respectfully move the Court to extend by 21 days all deadlines concerning Petitioner Dramatic Publishing Company's ("Dramatic") motion for rule to show cause.

Respondents' response to Dramatic's show-cause motion (Doc. 87) is due on July 3, 2024. Doc. 94. Respondents must file any cross-motion by that same date. *Id*. Petitioner's reply in support of its show-cause motion and opposition to Respondents' cross-motion is due on July 24, 2024. Doc. 95. And Respondents' reply in support of their cross-motion is due on August 7, 2024. Doc. 94. The Court scheduled a status hearing on the motions for August 12, 2024. *Id*.

Due to ongoing settlement discussions between the parties to resolve their disputes, Respondents request that the Court extend each deadline by 21 days. Under the revised briefing schedule, if entered, the deadlines would be as follows:

1. Respondents' response to motion for rule to show cause and cross-motion: **July 24, 2024**;

2. Petitioner's reply in support of motion for rule to show cause and response to Respondents' cross-motion: **August 14, 2024**; and

3. Respondents' reply in support of their cross-motion: **August 28, 2024**.

Respondents have conferred with counsel for Petitioner regarding this motion, and Petitioner does not oppose the motion. Accordingly, Respondents respectfully request that the Court extend all deadlines by 21 days. If this motion is granted, Respondents respectfully submit that the status hearing currently set for August 12, 2024, be moved to after August 28, 2024.

| | |
|---|---|
| DATED: July 1, 2024 | By: /s/ *Gary Feinerman* |
| | Gary Feinerman (IL Bar No. 6206906) |
| | gary.feinerman@lw.com |
| | Eric R. Swibel (IL Bar No. 6297743) |
| | eric.swibel@lw.com |
| | LATHAM & WATKINS LLP |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, IL 60611 |
| | (312) 876-7700 |
| | |
| | David G. Hymer (admitted *pro hac vice*) |
| | dhymer@bradley.com |
| | BRADLEY ARANT BOULT CUMMINGS LLP |
| | 1819 Fifth Ave. North |
| | Birmingham, AL 35203 |
| | (205) 521-8289 |
| | |
| | *Attorneys for Respondents* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                              */s/ Gary Feinerman*