IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE DRAMATIC PUBLISHING COMPANY, | ) ) ) |
| Petitioner, | ) ) Case No.   21-cv-05541 |
| v. | ) ) ) Honorable Matthew F. Kennelly |
| THE ESTATE OF NELLE HARPER LEE, BY AND THROUGH ITS PERSONAL REPRESENTATIVE TONJA CARTER & HARPER LEE, LLC, | ) ) ) ) ) ) |
| Respondents. | ) ) |

## AGREED MOTION TO WITHDRAW MOTION FOR
## RULE TO SHOW CAUSE WITHOUT PREJUDICE

Petitioner, The Dramatic Publishing Company ("Dramatic"), with the agreement of the Estate of Nelle Harper Lee and Harper Lee LLC (collectively, "the Estate"), respectfully requests that it be permitted to withdraw without prejudice its Motion for Rule to Show Cause as to Why the Estate of Nelle Harper Lee, Tonja Carter and Harper Lee, LLC Should Not be Held in Contempt (ECF No. 87). Based on ongoing settlement discussions, the parties agree that withdrawing the contempt motion without prejudice makes sense at this juncture.

WHEREFORE, Dramatic respectfully requests that its Motion For Rule to Show Cause (ECF No. 87) be deemed withdrawn without prejudice.

Dated**:**  July 22, 2024                                           Respectfully submitted,

                                                                                    Dramatic Publishing Company


                                                                                    By: */s/ Kevin Tottis*
                                                                                            One of its Attorneys

Kevin Tottis (ARDC No. 6193853)
ktottis@tottislaw.com
Keith Stolte (ARDC No. 6244848)
kstolte@tottislaw.com
Monica L. Thompson (ARDC No. 6181455)
mthompson@tottislaw.com  401 N. Michigan Avenue
Suite 530
Chicago, IL 60611
 Tel: (312) 527-1400
Fax: (312) 589-7192