IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE DRAMATIC PUBLISHING COMPANY, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| TONJA CARTER, et al., | ) ) ) |
| Respondents. | ) ) |

Case No.: 1:21-cv-5541

District Judge Matthew Kennelly

**UNOPPOSED**

## RESPONDENTS' UNOPPOSED
## MOTION TO SUPPLEMENT THE RECORD ON APPEAL

Respondents The Estate of Nelle Harper Lee, by and through its personal representative Tonja Carter, and Harper Lee, LLC move the Court under Fed. R. App. 10(e) and Seventh Circuit Rule 10(b) to supplement the record on appeal with the items listed below. In support of this motion, Respondents state as follows:

1. Under Federal Rule of Appellate Procedure 10, "[i]f anything material to either party is omitted from . . . the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded . . . by the district court before or after the record has been forwarded." Fed. R. App. 10(e)(2). And under Seventh Circuit Rule 10(b) a motion to supplement "must be presented first to the district court." Cir. R. 10(b).

2. On December 29, 2022, the Court directed the parties to "confer regarding the form and language of a judgment for entry" and to "provide an agreed form of judgment, or proposed alternatives if they [could not] agree, by January 4, 2023." Doc. 72.

3. On January 4, 2023, the parties submitted a proposed final judgment in Microsoft Word with Petitioner's points of disagreement in track changes. **Exhibit A**. Pursuant to the

Court's procedures for submission of proposed orders, the parties submitted the proposed final judgment electronically to the Court's proposed order e-mail address. In addition to the proposed final judgment, the parties submitted a "points of disagreement" document explaining the position of the parties on certain areas of disagreement.

4. On January 12, 2023, the parties resubmitted the proposed final judgment and points of disagreement to the Court's proposed order e-mail address. **Exhibit B**.

5. On January 13, 2023, the Court entered final judgment, accepting some of Petitioner's proposed changes to the form of the final judgment and rejecting others. Doc. 75.

6. Respondents filed a notice of appeal on February 10, 2023. Briefing in the appeal was stayed pursuant to Seventh Circuit Rule 33 mediation until February 14, 2025.

7. Because the proposed final judgment and points of disagreement were submitted to the Court through its proposed order e-mail address, the documents are not in the record. But these materials were before the Court before final judgment was entered. Accordingly, Respondents request that the Court supplement the record on appeal with the following items:

   a. The parties' January 4, 2023 proposed final judgment, with Petitioner's areas of disagreement in track changes, and the parties' points of disagreement. **Exhibit A**.

   b. The parties' January 12, 2023 resubmitted proposed final judgment, with Petitioner's areas of disagreement in track changes, and the parties' points of disagreement. **Exhibit B**.

8. Counsel for Respondents conferred with Petitioner's counsel, who does not oppose this motion.

9. Respondents thus respectfully request that the Court supplement the record with **Exhibits A and B** and direct the Clerk of the Court to certify and forward the supplemental record to the United States Court of Appeals for the Seventh Circuit.

Respectfully submitted,

DATED: March 21, 2025

THE ESTATE OF NELLE HARPER LEE
AND HARPER LEE, LLC

By: /s/ *David G. Hymer*

David G. Hymer
dhymer@bradley.com
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Ave. North
Birmingham, AL 35203
(205) 521-8289

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was filed electronically on March 21, 2025. Notice of this filing will be sent to all counsel of record through the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ David G. Hymer
    *Attorney for Respondents The Estate of Nelle Harper Lee and Harper Lee, LLC*