# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 4, 2025

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604

| | |
|---|---|
| No. 23-1309 | DRAMATIC PUBLISHING COMPANY, Petitioner - Appellee<br><br>v.<br><br>ESTATE OF NELLE HARPER LEE, by and through its personal representative TONJA CARTER, and HARPER LEE, LLC, Respondent - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05541<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL: F.R.A.P. 42(b)

STATUS OF THE RECORD: no record to be returned

form name: **c7_Mandate**  (form ID: **135**)