IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE DRAMATIC PUBLISHING COMPANY, ) ) ) Petitioner, ) ) v. ) ) TONJA CARTER, et al., ) ) Respondents. ) | Case No.: 1:21-cv-5541<br><br>District Judge Matthew Kennelly |

## JOINT MOTION TO AMEND FINAL JUDGMENT ORDER

Petitioner The Dramatic Publishing Company and Respondents The Estate of Nelle Harper Lee, by and through its personal representative Tonja Carter, and Harper Lee, LLC move the Court to amend the Final Judgment Order (Dkt. No. 75). The parties have reached a settlement agreement that resolves the matters that are the subject of this action. Based on that settlement agreement, the parties move the Court to amend the Final Judgment Order and enter the Amended Final Judgment Order attached as Exhibit 1.

Dated: November 6, 2025

/s/ *Kevin Tottis*
Kevin Tottis
Keith M. Stolte
TOTTISLAW
401 N. Michigan Avenue
Suite 530
Chicago, IL 60611
(312) 527-1400 (telephone)
(312) 589-7192 (facsimile)
ktottis@tottislaw.com
kstolte@tottislaw.com

*Attorneys for Petitioner The Dramatic Publishing Company*

Respectfully submitted,

/s/ *David G. Hymer* (*w/permission*)
David G. Hymer
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
dhymer@bradley.com

*Attorney for Respondents the Estate of Nelle Harper Lee and Harper Lee, LLC*

        /s/ *Gary Feinerman (w/ permission)*
        Gary Feinerman
        Eric R. Swibel
        LATHAM & WATKINS LLP
        330 North Wabash Avenue,
        Suite 2800
        Chicago, IL 60611
        (312) 876-7700
        gary.feinerman@lw.com
        eric.swibel@lw.com

*Attorneys for Respondents the Estate of Nelle Harper Lee and Harper Lee, LLC*