# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

The Dramatic Publishing Company

                                     Plaintiff,

v.                                                               Case No.: 1:21−cv−05541
                                                                      Honorable Matthew F. Kennelly

Tonja Carter, et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 7, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic hearing on joint motion to amend final judgment order [105] is set for 11/12/2025 at 9:00 AM, using call−in number 650−479−3207, access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.